UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> PANAMA XPRESS LOGISTICS, INC. and DEBBIE STORER a/k/a Debbie Sue Storer, <br><br> Defendants. | Case No. 24-cv-1238-JPG |

### JUDGMENT

This matter having come before the Court, the parties having stipulated to judgment,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Counts I and II in favor of plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK N.A., and against defendants PANAMA XPRESS LOGISTICS, INC. and DEBBIE STORER, in the amount of $147,900.34 in balance remaining on the contract, $28,592.48 in interest, $7,817.00 in attorneys' fees, and $833.64 in costs, for a total judgment of $185,143.46, to be offset by any amounts recovered from the disposition of the property listed below;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on Counts III and IV in favor of plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK N.A., and against defendants PANAMA XPRESS LOGISTICS, INC. and DEBBIE STORER; and that plaintiff U.S. BANK EQUIPMENT FINANCE, a division of U.S. BANK N.A., is entitled to immediate possession of, and defendants PANAMA XPRESS LOGISTICS, INC. and DEBBIE STORER shall immediately turn over to the plaintiff, the following equipment:

- one (1) 2018 Wabash Refrigerated Van Serial Number 1JJV532B2JL050493, one (1) 2018 Thermo King C600 Serial Number SAP91520675, one (1) 2018 Wabash Refrigerated Van Serial Number 1JJV532B4JL050494, one (1) 2018 Thermo King C600

Serial Number SAP91520771, one (1) 2018 Wabash Refrigerated Van Serial Number 1JJV532B6JL050495, one (1) 2018 Thermo King C600 Serial Number SAP91520774, one (1) 2018 Wabash Refrigerated Van Serial Number 1JJV532B9JL050491, one (1) 2018 Thermo King C600 Serial Number SAP91523743, one (1) 2018 Wabash Refrigerated Van Serial Number 1JJV532BXJL045705, and one (1) 2018 Thermo King C600 Serial Number SAP91523753, or any portion thereof;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count III shall include attorneys' fees and costs.

**DATED: September 25, 2025**

                **MONICA A. STUMP, Clerk of Court**

                <u>**s/Tina Gray, Deputy Clerk**</u>

**Approved:**  <u>s/ J. Phil Gilbert</u>
       **J. PHIL GILBERT**
       **DISTRICT JUDGE**